NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MARISA E. DIGGS,**
*Petitioner,*

v.

**DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT,**
*Respondent,*

---

2010-3193

---

Petition for review of the Merit Systems Protection Board in case no. DC0752090594-I-1.

---

**ON MOTION**

---

**ORDER**

Marisa E. Diggs moves to "amend, correct, and supplement" her opening brief. The Department of Housing and Urban Development opposes.

Because the Department has filed its brief in response to Diggs' initial brief, it is inappropriate to amend the opening brief. The court treats Diggs' amended brief as her reply brief.

Accordingly,

IT IS ORDERED THAT:

The motion is denied. Diggs' amended brief is treated as her informal reply brief. A copy of this order shall be transmitted to the merits panel to inform the panel that the amended brief was accepted for filing as her reply brief.

FOR THE COURT

__MAR 1 7 2011__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Marisa E. Diggs
    Katy M. Bartelma, Esq.

s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 1 7 2011

JAN HORBALY
CLERK